CLOSING

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

_____

Martin CHOC CHOJOC,                                )
                                                   )
                         Petitioner,               )        CASE NO: 26-7914
                                                   )
         v.                                        )        Hon. Madeleine Cox Arleo
                                                   )
Luis SOTO, *et al.*,                               )        ELECTRONICALLY FILED
                                                   )
                         Respondents.              )
_____          )

## STIPULATED DISMISSAL

Petitioner Martin Choc Chojoc notifies the Court that the parties have stipulated to dismissal of his habeas petition, ECF No. 1, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

RESPECTFULLY SUBMITTED this 28th day of July, 2026.

/s/Rebecca Hufstader
Rebecca Hufstader, Esq.,
100 Metroplex Drive, Suite 101
Edison, NJ 08817
rhufstader@lsnj.org
732-529-8236
*Attorney for Petitioner*


ROBERT FRAZER
United States Attorney

/s/Francesca Liquori
Francesca Liquori, Esq.
Assistant United States Attorney

1

U.S. Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102
francesca.liquori3@usdoj.gov
(973) 645-4373
*Attorney for Respondent*

SO ORDERED

*s/Madeline Cox Arleo*

MADELINE COX ARLEO, U.S.D.J.

Date:   7/29/26

2